IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff-Appellee, | : | |
| vs. | : | Case No. 3:18-PO-062<br>3:19-CR-130 |
| LAWRENCE H. PUCH, | : | Judge Thomas M. Rose |
| Defendant-Appellant. | : | |

---

## DECISION AND ENTRY SETTING BRIEFING SCHEDULE ON DECISION ON REMAND OF UNITED STATES MAGISTRATE JUDGE

---

Not later than twenty (20) days following date of receipt of this Entry, the Defendant-Appellant is to file his appeal and memorandum in support from the Magistrate Judge's Decision on Remand, to be followed not later than twenty (20) days thereafter by the Government's submission. Not later than 10 days following receipt of the Government's submission, the Defendant-Appellant is directed to file whatever Reply Memorandum/Brief on Appeal deemed necessary.

September 11, 2019

s/*Thomas M. Rose*
Thomas M. Rose, Judge
United States District Court